JHK:MMD
F. #2018V02053

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

GARY ZAMBITO,

              Plaintiff              Docket No. CV-18-3612
                                               (Feuerstein, J.)
   - against -                       (Tomlinson, M.J.)

UNITED STATES OF AMERICA,

              Defendant.

- - - - - - - - - - - - - - - - - - X

**AGREEMENT TO BE BOUND BY STIPULATION**
**AND ORDER OF CONFIDENTIALITY**

I, _____ being duly sworn, state that:

1.    My address _____.

2.    My present employer is _____ and the address of my present employment _____.

3.    My present occupation or job description is _____.

4.    I have carefully read and understood the provisions of the Stipulation and Order of Confidentiality (the "Order") so ordered by the Court in in this case, and I shall comply with all provisions of the Order.

5.    I will hold in confidence and not disclose to anyone not qualified under the Order any Confidential Material or any words, summaries, abstracts, or indices of Confidential Information disclosed to me.

6.    I will limit use of Confidential Material disclosed to me solely for purpose of this action.

7.    No later than the final conclusion of the case, I will return all Confidential Material and

summaries, abstracts, and indices thereof which come into my possession, and documents or things which I have prepared relating thereto, to counsel for the party for whom I was employed or retained.

      I declare under penalty of perjury that the foregoing is true and correct.


Dated: _____      Name: _____